**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: DAVID C. NOWAKOWSKI      :    No. 16 WM 2021
                                       :
                                       :
PETITION OF: DAVID C. NOWAKOWSKI    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 6th day of May, 2021, the "Petition to the King's Bench" is DENIED.